**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Document Filed Electronically**

| | |
|---|---|
| STRYKER TRAUMA S.A., a Swiss corporation, and HOWMEDICA OSTEONICS CORP., a New Jersey corporation, Plaintiffs, v. SYNTHES (USA), a Pennsylvania partnership, Defendant | Civil Action No. 01-3879-JLL-CCC District Judge Jose L. Linares Magistrate Judge Claire C. Cecchi |

## FINAL CONSENT JUDGMENT

Plaintiffs Stryker Trauma S.A. and Howmedica Osteonics Corp. (collectively "Stryker") and defendant Synthes (USA) have entered into a Confidential Settlement Agreement dated December 29, 2009, and agree to final judgment as follows:

1. The Court has jurisdiction over the Parties and subject matter of this action. Venue of this action properly lies in this district.

2. Stryker commenced the present action against Synthes, asserting infringement of Stryker U.S. Patent No. 5,752,954 by Synthes making, using, selling, and offering for sale certain External Fixation Clamp systems.

3. Stryker Trauma S.A. is the owner and assignee, and Howmedica Osteonics Corp. is an exclusive licensee, of U.S. Patent No. 5,752,954, and both have standing to enforce the patent.

4. All claims set out in the Complaint are dismissed with prejudice, and this Consent Judgment shall constitute the final judgment of any claims and counterclaims that could have

1113986_1.DOC

been brought concerning the subject matter of the pending action. Each Party shall bear its own costs.

5. This matter will be closed, but the Court retains jurisdiction over the Parties and this action for the purposes of enforcing this Consent Judgment and the Confidential Settlement Agreement entered into by the Parties.

**CONSENTED TO:**

William L. Mentlik
John R. Nelson
Keith E. Gilman
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497

*Attorneys for Plaintiffs Stryker Trauma S.A. and Howmedica Osteonics Corp.*

By: _____
    William L. Mentlik

Dated: 12/30/09

Robert A. White
Morgan, Lewis & Bockius
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540-6241

Eric Kraeutler
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Jeffrey M. Olson
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

*Attorneys for Defendant Synthes (USA)*

By: _____
    Robert A. White

Dated: 1/4/10

**SO ORDERED:**

Dated: 1/6/10
       Newark, New Jersey

_____
Jose L. Linares
United States District Judge

2

1113986_1.DOC